**NATHAN & ASSOCIATES, APC**
Reuben D. Nathan, Esq. (SBN 208436)
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Attorneys for Plaintiff,
SITI AISHAH RIDZUAN

**SEYFARTH SHAW LLP**
Jesse L. Miller (SBN 183229)
jmiller@seyfarth.com
Afshin Najafi (SBN 335582)
anajafi@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Attorneys for Defendant,
THE CONTAINER STORE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SITI AISHAH RIDZUAN, on behalf of herself and all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>THE CONTAINER STORE, INC., a Texas Corporation,<br><br>Defendant. | Case No.: 3:26-cv-00619-EMC<br><br>**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION REGARDING DEFENDANT'S RESPONSIVE PLEADING DEADLINE** |

**~~[PROPOSED]~~ ORDER**

Upon Plaintiff Siti Aishah Ridzuan and Defendant The Container Store, Inc.'s Joint Stipulation Regarding Defendant's Responsive Pleading Deadline, the Court, having considered the papers submitted, **HEREBY ORDERS THAT:**

Defendant's deadline to respond to Plaintiff's First Amended Complaint is extended up to and including June 11, 2026.

**SO ORDERED.**

Dated: May 18, 2026

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE