Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 - 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

Attorneys for Plaintiff: SITI AISHAH RIDZUAN

[*Attorneys for Defendant on Next Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SITI AISHAH RIDZUAN, on behalf of herself and all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>THE CONTAINER STORE, INC., a Texas Corporation,<br><br>Defendant. | Case No: 3:26-cv-00619-EMC<br><br>Hon. Edward M. Chen<br><br>**JOINT NOTICE OF SETTLEMENT** |

1

**SEYFARTH SHAW LLP**
Jesse L. Miller (SBN 183229)
jmiller@seyfarth.com
Afshin Najafi (SBN 335582)
anajafi@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant,
THE CONTAINER STORE, INC.

JOINT NOTICE OF SETTLEMENT

The Parties by and through their undersigned counsel hereby jointly give the Court notice that Plaintiff SITI AISHAH RIDZUAN and Defendant THE CONTAINER STORE, INC. (collectively, the "Parties") have reached a settlement in this matter.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates and deadlines in this action, with the expectation that the settlement will be consummated within sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims to be filed thereafter.

Dated: June 10, 2026

**NATHAN & ASSOCIATES, APC**

By: /s/ *Reuben D. Nathan*
Reuben D. Nathan
2901 West Coast Highway, Suite 200
Newport Beach, CA 92660
Telephone: (949)270-2798
E-Mail: rnathan@nathanlawpractice.com

*Attorneys for Plaintiff*

Dated: June 10, 2026

**SEYFARTH SHAW LLP**

By: /s/ *Jesse L. Miller*
Jesse L. Miller
Afshin Najafi
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
E-Mail:  jmiller@seyfarth.com
        anajafi@seyfarth.com

*Attorneys for Defendant*

3

JOINT NOTICE OF SETTLEMENT

## CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I, Reuben D. Nathan, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 10, 2026                    */s/Reuben D. Nathan*
                                          Reuben D. Nathan

JOINT NOTICE OF SETTLEMENT