Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 - 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

Attorneys for Plaintiff: SITI AISHAH RIDZUAN

[*Attorneys for Defendant on Next Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SITI AISHAH RIDZUAN, on behalf of herself and all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>THE CONTAINER STORE, INC., a Texas Corporation,<br><br>Defendant. | Case No: 3:26-cv-00619-EMC<br><br>Hon. Edward M. Chen<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

STIPULATION FOR DISMISSAL

**SEYFARTH SHAW LLP**
Jesse L. Miller (SBN 183229)
jmiller@seyfarth.com
Afshin Najafi (SBN 335582)
anajafi@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant,
THE CONTAINER STORE, INC.

STIPULATION FOR DISMISSAL

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff SITI AISHAH RIDZUAN and Defendant THE CONTAINER STORE, INC., acting by and through their respective counsel of record, hereby stipulate to dismiss this action in its entirety with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: June 15, 2026                    **NATHAN & ASSOCIATES, APC**

By: /s/ *Reuben D. Nathan*
Reuben D. Nathan
2901 West Coast Highway, Suite 200
Newport Beach, CA 92660
Telephone: (949)270-2798
E-Mail: rnathan@nathanlawpractice.com

*Attorneys for Plaintiff*

Dated: June 15, 2026                    **SEYFARTH SHAW LLP**

By: /s/ *Afshin Najafi*
Jesse L. Miller
Afshin Najafi
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
E-Mail:  jmiller@seyfarth.com
              anajafi@seyfarth.com

*Attorneys for Defendant*

STIPULATION FOR DISMISSAL

## <u>CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION</u>

I, Reuben D. Nathan, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 15, 2026                                   /s/ *Reuben D. Nathan*
                                                                    Reuben D. Nathan

STIPULATION FOR DISMISSAL